**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL NO. 08-00254-CG-N** |
| | ) | |
| **DEWAYNE BRADLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 20, 2010, is ADOPTED as the opinion of this Court and it is ORDERED that defendant's motions (DOCS. 25 AND 26) for an extension of time to file a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is hereby **DENIED**.

**DONE** and **ORDERED** this 17th day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE